IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN RIGHTSELL,<br><br>                      Plaintiff,<br><br>vs.<br><br>ELSTER AMERICAN METER,<br><br>                      Defendant. | 8:12CV282<br><br>**MEMORANDUM AND ORDER** |

The parties' joint motion to continue, (Filing No. 12), is granted, and the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Warren K. Urbom, Senior United States District Judge, in Courtroom 4, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **August 26, 2013**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. A conference with counsel will be held in Judge Urbom's chambers at 8:30 a.m. on the first day of trial. Jury selection will be held at commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 13, 2013** at **11:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 12, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **April 9, 2013** at **9:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 28, 2013. Motions to compel Rule 33 through 36 discovery must be filed by May 14, 2013.

5) The deposition deadline is May 28, 2013.

6) The deadline for filing motions to dismiss and motions for summary judgment is May 14, 2013.

February 12, 2013.                                      BY THE COURT:
                                                                              *s/ Cheryl R. Zwart*
                                                                              United States Magistrate Judge