IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN RIGHTSELL, | **8:12CV0282** |
| Plaintiff, | |
| vs. | **SECOND AMENDED** |
| | **FINAL PROGRESSION ORDER** |
| ELSTER AMERICAN METER, | |
| Defendant. | |

The parties' joint motion to extend deadlines (Filing No. 15), is granted, and the amended progression order is amended as follows:

1) The jury trial of this case is set to commence before Warren K. Urbom, Senior United States District Judge, in Courtroom 4, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **October 28, 2013**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. A conference with counsel will be held in Judge Urbom's chambers at 8:30 a.m. on the first day of trial. Jury selection will be held at commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 15, 2013** at **11:30 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 14, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **May 14, 2013** at **9:30 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is July 30, 2013. Motions to compel Rule 33 through 36 discovery must be filed by July 15, 2013.

5) The deposition deadline is July 30, 2013.

6)      The deadline for filing motions to dismiss and motions for summary judgment is July 15, 2013.

April 23, 2013.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge

2