IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN RIGHTSELL, | |
| Plaintiff, | 8:12CV282 |
| vs. | |
| ELSTER AMERICAN METER, | ORDER OF DISMISSAL |
| Defendant. | |

    The plaintiff and defendant by and through their respective counsel have filed a Joint Stipulation of Dismissal with Prejudice, ECF No. 18.

    IT IS ORDERED that the motion incorporated in the Joint Stipulation of Dismissal with Prejudice, ECF No. 18, is granted and this action is dismissed with prejudice with each party to pay his or its own costs and attorneys' fees in this action.

    Dated May 28, 2013.

BY THE COURT

*[signature]*

Warren K. Urbom
United States Senior District Judge